**UNITED STATES BANKRUPTCY COURT**, Northern District of Georgia
Rome Division
Room 339, Federal Building
600 East First Street
Rome, GA 30161−3187
www.ganb.uscourts.gov

In
Re:    **Connie Jane Greeson**          Case No.: **23−41174−bem**
                                        Chapter:  **7**
                                        Judge:  **Barbara Ellis−Monro**

# *ORDER SETTING DEADLINES FOR DEBTOR TO CORRECT FILING DEFICIENCY(IES)*

The Debtor filed a petition under the United States Bankruptcy Code on 8/15/23 . This case contains one or more filing deficiencies that must be corrected. Deficiencies in the items listed below may include failure to file the document, failure to sign the document or failure to submit the document on a form that substantially conforms to the Official Bankruptcy Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website www.ganb.uscourts.gov.

**To be filed by 08/22/23**
None Apply

**To be Filed by 08/29/23**
Certificate of Credit Counseling
Pay Advices: (A) Copies of Pay Stubs (or other evidence of payment) received from any employer within 60 days prior to filing or alternatively (B) a Statement signed by the Debtor certifying within 60 days prior to filing, the Debtor 1 did not receive pay stubs from any employer and was either Unemployed, self−employed or other explanation.

**To be filed by 09/14/23**
None Apply

**If, by the dates set forth above, i) the Debtor fails to file the required papers or correct the deficiencies; ii) no request for an extension of time is pending; or iii) neither the debtor nor any party in interest has requested a hearing thereon, the Court may dismiss this case without further notice or hearing.**

**The Clerk will serve this order on Debtor, Debtor's counsel, and Trustee.**

SO ORDERED, on August 16, 2023.

Form 430b December 2018

Barbara Ellis−Monro
United States Bankruptcy Judge

United States Bankruptcy Court

Northern District of Georgia

In re: Case No. 23-41174-bem

Connie Jane Greeson  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-6 | User: bncadmin | Page 1 of 1 |
| Date Rcvd: Aug 16, 2023 | Form ID: 430b | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Connie Jane Greeson, 208 Langston Rd SE, Calhoun, GA 30701-4129 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dan Saeger | on behalf of Debtor Connie Jane Greeson dansaeger@gmail.com G64511@notify.cincompass.com |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |
| Thomas D. Richardson | trichardson@brinson-askew.com tdr@trustesolutions.net;Tdr82454@gmail.com;ctdr11@trustesolutions.net |

TOTAL: 3